USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/18/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**TOMAS BENJAMIN SAPON BAQUIAX ET AL,**

                **Plaintiff,**

-against-

**ABASUSHI FUSION CUISINE INC. ET AL,**

                **Defendants.**

16-cv-2997 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties should submit a joint status report by June 29, 2020 providing details regarding the trustee's decision whether or not to conduct a source code analysis.

**SO ORDERED.**

Dated:  June 18, 2020
         New York, New York

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**