USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/22/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**TOMAS BENJAMIN SAPON BAQUIAX et al,**

          **Plaintiffs,**

-against-

**ABASUSHI FUSION CUISINE INC. ET AL,**

          **Defendant.**

**16-cv-2997 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The parties should file a joint status report by July 3 2020.

  **SO ORDERED.**

Dated: June 22, 2020
      New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**