```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/8/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
:
**SAPON BAQUIAX ET AL,**                   :
:
**Plaintiff,**                             :
:          **1:16-cv-2997-ALC**
-against-                                  :
:          **ORDER**
**ABASUSHI FUSION CUISINE INC. et al,**    :
:
**Defendants.**                            :
:
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiff's response to the Court's Order and request for conference. Defendants are hereby ordered to respond to this request by September 15, 2020. Copies of this Order were mailed to Defendants by Chambers.

**SO ORDERED.**

**Dated**:   September 8, 2020
              New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**