UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THOMAS BENJAMIN SAPON BAQUIAX, *et al.*,

                     Plaintiffs,

-against-

LIANG HE XIE, *et al.*,

                     Defendants.

16cv02997 (ALC) (DF)

**ORDER**

---

**DEBRA FREEMAN, United States Magistrate Judge:**

        This Court having held a telephonic case management conference in the above-captioned case on March 16, 2022, to address the motion by CSM Legal, P.C. ( "CMS Legal") to withdraw from further representation of plaintiff Florencio Arguello Tentle (referred to in counsel's motion as "Plaintiff Florencio"), and Plaintiff Florencio having submitted no response to the motion and having failed to appear at that conference, it is hereby ORDERED, as stated at the conference, that:

        1.     As the CMS Legal has adequately demonstrated that Plaintiff Florencio is no longer cooperating in his representation by the firm in connection with this matter, and as Plaintiff Florencio has submitted no opposition to CMS Legal's motion for leave to withdraw as his counsel in this action, CSM Legal's motion to withdraw (Dkt. 70) is GRANTED.

        2.     No later than April 13, 2022 (unless a new attorney files a notice of appearance on his behalf on or before that date), Plaintiff Florencio shall provide this Court's *Pro Se* Office with his address and telephone number, so that his contact information may be entered on the Docket of this action.  The *Pro Se* Office is located at 40 Centre Street, Room 105, New York, New York 10007.  Plaintiff Florenco is again cautioned that if  he opts to proceed in this Court

*pro se* (meaning without an attorney), then he will be expected to keep the Court apprised of his contact information, to prosecute the action on a *pro se* basis, to attend all court conferences and other proceedings, to cooperate fully in any remaining discovery in this action, to meet all deadlines set by the Court, and to comply – on his own – with all rules and procedures of the Court.  Plaintiff Florencio's failure to provide current contact information to the Court, and to participate in the litigation as required, may result in the entry of an order dismissing the case for failure to prosecute.  Plaintiff Florencio is further cautioned that merely substituting counsel does not generally entitle a litigant to reopen discovery, once closed.

3. If Plaintiff Florencio chooses to proceed in this action *pro se* and needs assistance in understanding any of the procedural rules of this Court or any aspect of this Order, then he is encouraged to contact the Court's *Pro Se* Office.  The telephone number for the *Pro Se* Office is 212-805-0175.

4. CMS Legal is directed to serve Plaintiff Florencio, forthwith, with a copy of this Order, together with a Spanish translation, by means reasonably calculated to reach him, and to file proof of such service on the Docket of this action.

5. The Clerk of Court is directed modify the Docket of this action to reflect that CSM Legal, P.C. and its attorneys are terminated as counsel for Plaintiff Florencio Arguello Tentle in this action.

Dated: New York, New York
       March 23, 2022

                                                    SO ORDERED

                                                    _____
                                                    DEBRA FREEMAN
                                                    United States Magistrate Judge

Copies to:
All counsel (via ECF)