**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

**TOMAS BENJAMIN SAPON BAQUIAX ET AL.,**

           **Plaintiffs,**

           -against-

**ABASUSHI FUSION CUISINE INC. (D/B/A ABA ASIAN FUSION CUISINE) ET AL.,**

           **Defendants.**

------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: April 7, 2022

**1:16-cv-2997 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      Discovery concluded on August 9, 2021. On February 4, 2022, Defendants represented that they would move for summary judgment within 60 days, and Magistrate Judge Freeman ordered them to file a pre-motion conference letter within two weeks. To date, Defendants have not requested a pre-motion conference. In accordance with the Court's individual practices, Defendants shall file a pre-motion conference letter regarding their anticipated motion for summary judgment no later than **April 14, 2022**.

**SO ORDERED.**

Dated:    **April 7, 2022**
              **New York, New York**

                                                     **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**