| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------- x<br>**TOMAS BENJAMIN SAPON BAQUIAX ET AL.**,<br><br>       **Plaintiffs,**<br><br>   -against-<br><br>**ABASUSHI FUSION CUISINE INC. (D/B/A ABA ASIAN FUSION CUISINE) ET AL.**,<br><br>       **Defendants.**<br>-------------------------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: May 25, 2022<br><br>**1:16-cv-2997 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  Plaintiffs counsel, CSM Legal, P.C., has requested to withdraw as counsel for Plaintiff Santos Pubaquiax ("Plaintiff Santos"). ECF No. 83. No later than May 31, 2022, CSM Legal shall serve a copy of its motion to withdraw and a copy of this Order, with a Spanish translation of both, on Plaintiff Santos, by means reasonably calculated to reach him, and file proof of service on the docket.

  If Plaintiff Santos wishes to be heard with respect to the motion to withdraw, **no later than June 14, 2022, Plaintiff Santos shall submit a written response to the Court and a copy of that response to CSM Legal.** Plaintiff Santos shall either mail his response to the Court's chambers at the address below or email his response to ALCarterNYSDChambers@nysd.uscourts.gov:

   Hon. Andrew L. Carter, Jr., U.S. District Judge
   United States Courthouse
   40 Foley Square, Room 435
   New York, NY 10007

Plaintiff Santos's response may be submitted *ex parte*—it need not be served on Defendants. The Court will determine whether the response should be filed publicly. If, by June 14, 2022, this Court

Case 1:16-cv-02997-ALC   Document 84   Filed 05/25/22   Page 2 of 2

receives no objection to CSM Legal's motion from Plaintiff Florencio, the Court may grant the motion to withdraw as unopposed.

**SO ORDERED.**

**Dated:** **May 25, 2022**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**