UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOMAS BENJAMIN SAPON BAQUIAX and SANTOS PUBAQUIAX,

           Plaintiffs,

-against-

ABASUSHI FUSION CUISINE INC. d/b/a ABA ASIAN FUSION CUISINE, LIANG HE XIE a/k/a SAMMY XIE and LIANG PING XIE a/k/a WILSON XIE,

           Defendants.

16-CV-2997 (ALC)(DCF)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    Per the Court's May 1, 2023 Mediation Referral Order, the parties were meant to file a joint status report regarding the status of mediation by July 5, 2023. (ECF No. 105.) To date, the parties have not filed their status report. Accordingly, the Court will *sua sponte* extend the parties' deadline to **August 16, 2023**.

SO ORDERED.

Dated: August 11, 2023
       New York, New York

                                ANDREW L. CARTER, JR.
                                United States District Judge