**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **TOMAS BENJAMIN SAPON BAQUIAX and SANTOS PUBAQUIAX,** | |
| **Plaintiffs,** | |
| **-against-** | **16-CV-2997 (ALC)(DCF)** |
| | **ORDER** |
| **ABASUSHI FUSION CUISINE INC. d/b/a ABA ASIAN FUSION CUISINE, LIANG HE XIE a/k/a SAMMY XIE and LIANG PING XIE a/k/a WILSON XIE,** | |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that the parties have reached a settlement, the parties are directed to submit their proposed settlement and a joint memorandum of law, not to exceed 10 pages, explaining why the proposed settlement is fair and reasonable and otherwise does not raise any of the concerns cited by the Second Circuit in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).  The proposed settlement, accompanying memorandum and supporting materials shall be filed no later than **September 18, 2023**.

**SO ORDERED.**

**Dated:  August 18, 2023**
       **New York, New York**

_____
         **ANDREW L. CARTER, JR.**
         **United States District Judge**