USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

TOMAS BENJAMIN SAPON BAQUIAX, *individually and on behalf of others similarly situated,*

          *Plaintiff,*

-against-

ABASUSHI FUSION CUISINE INC. (d/b/a ABA ASIAN FUSION CUISINE), LIANG HE XIE (a/k/a SAMMY XIE), and LIANG PING XIE (a/k/a WILSON XIE),

          *Defendants.*

-------------------------------------------------------------X

Docket No. **1:16-cv-02997**

**JUDGMENT**

## JUDGMENT

On September 19, 2023 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, TOMAS BENJAMIN SAPON BAQUIAX, have judgment against ABASUSHI FUSION CUISINE INC. (d/b/a ABA ASIAN FUSION CUISINE), LIANG HE XIE (a/k/a SAMMY XIE), and LIANG PING XIE (a/k/a WILSON XIE), jointly and severally, in the amount of Twenty Thousand Dollars and Zero Cents ($20,000.00), which is inclusive of attorneys' fees and costs.

Dated: __9/22__, 2023

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
9/22/2023